IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
LUFKIN DIVISION

| | |
|---|---|
| JOSÉ RAFAEL ESPINAL GUEVARA § <br> § <br> VS. § <br> § <br> PAM BONDI, in her official capacity as United § <br> States Attorney General, § <br> BRET BRADFORD, in his capacity as Houston § <br> Field Office Director, § <br> Immigration and Customs Enforcement, and § <br> ALEXANDER SÁNCHEZ, in his capacity as § <br> Warden, IAH Secure Adult Facility § | CIVIL ACTION NO. 9:25-CV-00266 <br> JUDGE MICHAEL J. TRUNCALE |

**ORDER**

On September 14, 2025, Plaintiff filed his Petition for Writ of Habeas Corpus and for Emergency Temporary Injunction [Dkt. 1] in the Southern District of Texas, Houston Division. Thereafter, the Parties filed a Joint Motion to Transfer this matter to the present Court on September 30, 2025. [Dkt. 10]. After consideration, the Court issued its Order transferring this matter to the present Court. [Dkt. 11].  On October 1, 2025, the Clerk notified Plaintiff's counsel, Salvador Colon, that he is not admitted to practice in the Eastern District of Texas and forwarded instructions to remedy that issue.

Accordingly, it is **ORDERED** that Plaintiff's counsel, Salvador Colon, shall have until **October 17, 2025** to become admitted to practice before this Court. Failure to do so by the date ordered will result in this matter being set for a Status Conference before the Court.

The Clerk is **INSTRUCTED** to forward a copy of this Order via Certified Mail/Return Receipt Requested and Email to counsel as follows:

    Salvador Colon
    P.O. Box 2951
    Houston, Texas 77252
    Email: scolon@scolon.net

**SIGNED this 3rd day of October, 2025.**

                                                      Michael J. Truncale
                                                    United States District Judge