IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
LUFKIN DIVISION

JOSE RAFAEL ESPINAL GUEVARA,

                Plaintiff,

vs.

PAMELA BONDI, UNITED STATES
ATTORNEY GENERAL; BRET
BRADFORD, HOUSTON FIELD OFFICE
DIRECTOR, ICE; AND ALEXANDER
SANCHEZ,

                Defendants.

NO.9:25-CV-00266-MJT-ZJH

## ORDER TO UPDATE STATUS

This case is assigned to the Honorable Michael J. Truncale, United States District Judge, and is referred to the undersigned United States Magistrate Judge for pre-trial management. Doc. No. 18. Pending before the Court is Petitioner Jose Rafael Espinal Guevara's ("Espinal") *Petition for Writ of Habeas Corpus*. Doc. No. 1. On October 6, 2025, Respondents filed their *Response*. Doc. No. 16. On October 20, 2025, Espinal filed a *Response to Respondents Response*. Doc. No. 19.

The briefing shows that the Department of Homeland Security is appealing the immigration judge's September 2, 2025, order setting bond at $15,000. Doc. No. 16, at 2. The briefing schedule states that both the appealing and opposing parties had until October 7, 2025, to submit a brief to the Board of Immigration Appeals ("BIA"). Doc. No. 16, Ex. C. Further, Espinal filed a motion with the BIA asking to stay the appeal proceedings pending determination of the *Petition* (Doc. No. 1).

Accordingly, the parties are **ORDERED** to file an updated status **<u>no later than Monday, November 10, 2025, at 12:00 p.m.</u>**, advising the undersigned whether the BIA has ruled on the appeal, and if not, the current status of the proceedings.

SIGNED this 5th day of November, 2025.

Zack Hawthorn
United States Magistrate Judge