IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
LUFKIN DIVISION

| | |
|---|---|
| JOSE RAFAEL ESPINAL GUEVARA,<br><br>    Plaintiff,<br>vs.<br><br>PAMELA BONDI, UNITED STATES ATTORNEY GENERAL; BRET BRADFORD, HOUSTON FIELD OFFICE DIRECTOR, ICE; AND ALEXANDER SANCHEZ,<br><br>    Defendants. | NO. 9:25-CV-00266-MJT-ZJH |

## ORDER CANCELING TELEPHONIC HEARING

This case is assigned to the Honorable Michael J. Truncale, United States District Judge. On October 15, 2025, Judge Truncale referred this case to the undersigned United States Magistrate Judge for pretrial management. Doc. No. 18. Pending before the court is Petitioner Jose Rafael Espinal Guevara's *Motion for Temporary Restraining Order*. Doc. No. 23. On November 20, 2025, the Respondents filed their *Response in Opposition*. Doc. No. 25.

The undersigned intends to issue a *Report and Recommendation* on the merits of the *Petition for Writ of Habeas Corpus* (Doc. No. 1) within several business days.

It is therefore **ORDERED** that the telephonic hearing set for November 20, 2025, at 4:00 p.m., is **CANCELLED**.

SIGNED this 20th day of November, 2025.

                       _____
                       Zack Hawthorn
                       United States Magistrate Judge