IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
LUFKIN DIVISION

| | |
|---|---|
| JOSE RAFAEL ESPINAL GUEVARA,<br><br>    Plaintiff,<br>vs.<br><br>PAMELA BONDI, UNITED STATES ATTORNEY GENERAL; BRET BRADFORD, HOUSTON FIELD OFFICE DIRECTOR, ICE; AND ALEXANDER SANCHEZ,<br><br>    Defendants. | NO.9:25-CV-00266-MJT-ZJH |

## ORDER FOR RESPONSE

This case is assigned to the Honorable Michael J. Truncale, United States District Judge. On October 15, 2025, Judge Truncale referred this case to the undersigned United States Magistrate Judge for pretrial management. Doc. No. 18.

On November 20, 2025, the Respondents filed a *Notice* stating that the Immigration Judge ordered Espinal removed to Honduras, and that the deadline to appeal the removal order is December 12, 2025. Doc. No. 27.

Please advise as to what effect, if any, this development has on the Court's decision. It is therefore **ORDERED** that Espinal has seven (7) days from the date of this Order to respond.

SIGNED this 21st day of November, 2025.

                                                Zack Hawthorn
                                                United States Magistrate Judge