IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
LUFKIN DIVISION

| | |
|---|---|
| JOSE RAFAEL ESPINAL GUEVARA, § § § Plaintiff, § § v. § § PAMELA BONDI, UNITED STATES § ATTORNEY GENERAL; BRET § BRADFORD, HOUSTON FIELD OFFICE § DIRECTOR, ICE; AND ALEXANDER § SANCHEZ, § § § § Defendants. § | NO.9:25-CV-00266-MJT-ZJH JUDGE MICHAEL J. TRUNCALE |

ORDER ACKNOWLEDGING DISMISSAL

Pending before the Court is the Petitioner Jose Rafael Espinal Guevara's *Notice of Voluntary Dismissal* [Dkt. 29]. Under Rule 41, an action may be dismissed "at the plaintiff's request only by Court order, on the terms that the Court considers proper." FED. R. CIV. P. 41 (a)(2).

It is, therefore, ORDERED that the Petitioner's *Notice of Voluntary Dismissal* [Dkt. 29] is ACCEPTED. Accordingly, the above case is DISMISSED WITHOUT PREJUDICE with each party to bear its own costs of court. The Court retains jurisdiction to enforce any settlement. The Clerk of Court is directed to close the case and deny all pending motions as moot.

**SIGNED this 4th day of December, 2025.**

Michael J. Truncale
United States District Judge